| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:07-CR-246 (15) |
| | § | |
| LEROY TURNER, JR. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge for disposition. On October 23, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this Court **DENY** Defendant's Motion to Withdraw Guilty Plea (#515).

The Court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, Defendant's Motion to Withdraw Guilty Plea (#515) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED at Sherman, Texas, this 20th day of November, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE